# Notice Recipients

District/Off: 0976–2  User: arutter  Date Created: 6/21/2013
Case: 13–20088–TLM  Form ID: b18  Total: 174

**Recipients of Notice of Electronic Filing:**
ust    US Trustee    ustp.region18.bs.ecf@usdoj.gov
tr    Janine P Reynard    jreynard@7trustee.net
aty    Bruce A. Anderson    baafiling@ejame.com
aty    Bruce K Medeiros    bmedeiros@dbm–law.net
aty    David Wayne Newman    ustp.region18.bs.ecf@usdoj.gov

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Mike T Sackett    PO Box 425    Nordman, ID 83848
jdb    Chantell R Sackett    PO Box 425    Nordman, ID 83848
cr    Global Credit Union    c/o Bruce K Medeiros    1550 Bank of America Cntr    601 W Riverside Ave    Spokane, WA 99201
4180648    Abadan Reprographics    PO Box 224    Spokane, WA 99210–0224
4180649    Able Tank Toilet    PO Box 3850    Pasco, WA 99302–3850
4180650    Ace Septic Tank Service    105 Olson Road    Sagle, ID 83860
4180651    Acquired Capital I    Robert Rowley    PO Box 11766    Spokane, WA 99211–1766
4180652    Acquired Capital I, L.P.    P.O. Box 1068    Stafford, TX 77497–1068
4180653    Air Electric Tools Service    5603 E. 3rd Avenue    Spokane, WA 99212
4180654    Alaska National Insurance Co    1111 3rd Ave. Ste. 2600    Seattle, WA 98101–3219
4180655    All Phaze Instrument Supply    9922 E. Montgomery, #14    Spokane Valley, WA 99206
4180656    AllWest Testing Engineering    PO Box 3149    Hayden, ID 83835
4180657    Alsco    P.O.Box 3084    Spokane, WA 99220
4180658    American On Site Services    3808 N. Sullivan Road    Spokane Valley, WA 99216–1608
4180659    Arrow Construction Supply    PO Box 11133    Spokane, WA 99211–1133
4180660    B and E Electric, Inc.    East 9012 Grace Ave    Spokane, WA 99212
4180661    Baer Testing and Consulting    PO Box 213    Yakima, WA 98907
4180662    Bank of America    P.O. Box 301200    Los Angeles, CA 90030–1200
4180664    Berkley North Pacific    3320 Eash Goldstone Way    Meridian, ID 83642
4180663    Berkley North Pacific    Dept 2108    Denver, CO 80271
4180665    Bob Hilmes, PE    2714 North Mayfair St.    Spokane, WA 99207–2058
4180666    Bonner County Treasurer    1500 Hwy 2 Suite 304    Sandpoint, ID 83864
4180667    CAD of Spokane, Inc.    PO Box 550    Newman Lake, WA 99025–0550
4180675    CNA Surety    333 S. Wabash Ave. 41st Flr    Chicago, IL 60604
4180676    CNA Surety    333 S. Wabash Ave. 41st Flr    Chicago, IL 60604
4180677    CNH Capital America LLC    PO Box 894703    Los Angeles, CA 90189–4703
4180682    CRA Payment Center    PO Box 3900    Lancaster, PA 17604–3900
4180683    CTA Architects Engineers    306 W. Railroad Ave.    Suite 104    Missoula, MT 59802
4180668    Campbell Bissell PLLC    416 Symons Building    7 South Howard    Spokane, WA 99201
4180669    Caterpillar Accessaccount    PO Box 905229    Charlotte, NC 28290–5229
4180670    Central Pre–Mix Concrete Co.    File 31088 P.O.Box 60000    San Francisco, CA 94160
4180671    Cincinnati Insurance Company    PO Box 145496    Cincinnati, OH 45250–5496
4180673    City Service–MT (Pac Pride)    PO Box 1    Kalispell, MT 59903–0001
4239378    City of East Hope    505 Wellington Place    P.O. Box 186    Hope, ID 83836
4180672    City of Spokane ASC,LLC    City Hall, Risk Mgmt 4th Fl    808 West Spokane Falls Blvd    Spokane, WA 99201–3362
4180674    Claude and Camilla Cary    PO Box 68    Priest River, ID 83856
4180678    Columbia Pumping and Const.    1005 S. Maitland Ave    Pasco, WA 99301
4180679    Consolidated Supply Co.    PO Box 5788    Portland, OR 97228
4180680    Contech Construction Prod    File 53124    Los Angeles, CA 90074–3142
4180681    Contruction Assurance Group,    2176 E. Victor Rd    Gilbert, AZ 85296
4180684    Cummins Northwest    P.O. Box 2710    Portland, OR 97208–2710
4180685    Dave Swisher    250 N.W. Franklin St.    Bend, OR 97701
4180686    Dave Swisher    250 N.W. Franklin St., Ste. 401    Bend, OR 97701
4180687    Dunn Black    Banner Bank Building    111 N. Post, Ste. 300    Spokane, WA 99201
4180688    Eljay Oil Co., Inc.(CFN)    PO Box 13689    Spokane, WA 99213–3689
4180689    Elkin's Machinery Equip.    4405 E. Trent Ave.    Spokane, WA 99202
4180690    Emerald Resources, LLC    250 N.W. Franklin St    Suite 401    Bend, OR 97701
4180691    Emerald Resources, LLC    250 N.W. Franklin St    Suite 401    Bend, OR 97701
4180692    Empire Electric, Inc.    P.O.Box 2808    Hayden, ID 83835
4180693    Frontier c/o CMR Claims Dept    PO Box 60553    Oklahoma City, OK 73146
4180694    Global Credit Union    320 E. Neider    Coeur D Alene, ID 83815
4180695    Graham Construction    Management, Inc    331 N. Fancher Road    Spokane, WA 99212
4180696    Granite Petroleum, Inc.    P.O. Box 6167    Spokane, WA 99217
4180697    Granite Reeder Water    Sewer District    P.O. Box 456    Nordman, ID 83848
4180700    HD Supply Waterworks LTD    File 56214    Los Angeles, CA 90074–6214
4180698    Harlan D. Douglass, Inc.    815 E. Rosewood    Spokane, WA 99208
4180699

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|  | Harrington Law Office, PLLC | Spencer W. Harrington | 1517 W. Broadway | Spokane, WA 99201 |  |
| 4180701 | Hite Crane Rigging Inc | 17515 E. Appleway Ave. | Spokane Valley, WA 99016 |  |  |
| 4180714 | IPFS Corporation | 201 W. North River Dr. | Suite 301 | Spokane, WA 99201–2262 |  |
| 4180702 | Idaho Department of Labor | 317 W Main Street | Boise, ID 83735 |  |  |
| 4180703 | Idaho State Tax Commission | PO Box 36 | Boise, ID 83722–0410 |  |  |
| 4180704 | Idaho State Tax Commission | PO Box 36 | Boise, ID 83722–0410 |  |  |
| 4180705 | Idaho State Tax Commission | PO Box 36 | Boise, ID 83722–0410 |  |  |
| 4180706 | Idaho Transportation Dept | 30900 Highway 200 East | Ponderay, ID 83852 |  |  |
| 4180707 | Inland Asphalt Company | PO Box 3366 | Spokane, WA 99220–3366 |  |  |
| 4180708 | Intermountain Claims, Inc. | P.O. Box 428 | Lewiston, ID 83501 |  |  |
| 4180711 | Internal Revenue Service | Cincinnati, OH 45999–0030 |  |  |  |
| 4180709 | Internal Revenue Service | PO Box 105421 | Atlanta, GA 30348–5421 |  |  |
| 4180710 | Internal Revenue Service | PO Box 145566 | Cincinnati, OH 45250–5566 |  |  |
| 4180712 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101 |  |  |
| 4180713 | Interstate Concrete Asphalt | P.O.Box 1113 | Sandpoint, ID 83864 |  |  |
| 4180715 | Irv Broughton | 715 E. 20th Ave. | Spokane, WA 99203 |  |  |
| 4180716 | James A. Sewell Assoc. | 600 4th St. West | Newport, WA 99156 |  |  |
| 4180717 | James A. Sewell Associates | 600 4th St.West | Newport, WA 99156 |  |  |
| 4180718 | James A. Sewell Associates | 600 4th St.West | Newport, WA 99156 |  |  |
| 4180719 | James A. Sewell Associates | 600 4th St.West | Newport, WA 99156 |  |  |
| 4180720 | John Deere Credit – 200CL | PO Box 4450 | Carol Stream, IL 60197 |  |  |
| 4180721 | John Deere Credit –550J | PO Box 6600 | Johnston, IA 50131 |  |  |
| 4180722 | Kenworth Sales–Spokane | PO Box 3067 | Spokane, WA 99212 |  |  |
| 4180723 | Kootenai Business Properties | Todd Brinkmeyer | 401 North Potlatch Rd | Post Falls, ID 83854 |  |
| 4180724 | Landworks Engineering, Inc | 721 N. Pines Rd. | Spokane Valley, WA 99206 |  |  |
| 4180725 | Lanzce G. Douglass, LLC | 1402 Magnesium Rd #202 | Spokane, WA 99217 |  |  |
| 4180726 | Les Schwab Tire–Priest River | PO Box 1238 | Priest River, ID 83856 |  |  |
| 4180727 | Les Schwab–Spokane | PO Box 13009 | Spokane, WA 99213 |  |  |
| 4180729 | Liberty NW Workers Comp | PO Box 5089 | Portland, OR 97208–5089 |  |  |
| 4180728 | Liberty Northwest | PO Box 4555 | Portland, OR 97208 |  |  |
| 4180730 | Lloyd Claycomb | Avi Bree Real Estate Holding | 9030 W. Sahara Ave Ste 1296 | Las Vegas, NV 89117 |  |
| 4180731 | Lubrication Engineers, Inc. | PO Box 16025 | Wichita, KS 67216–6025 |  |  |
| 4180732 | M and L Construction, Inc. | N.12918 Freya St. | Mead, WA 99021 |  |  |
| 4180734 | Merchants Bonding Company | 2100 Fleur Dr | Des Moines, IA 50321 |  |  |
| 4180735 | Merchants Bonding Company | 2100 Fleur Dr | Des Moines, IA 50321 |  |  |
| 4180736 | Merchants Bonding Company | 2100 Fleur Dr | Des Moines, IA 50321 |  |  |
| 4180733 | Merchants Bonding Company | 2100 Fleur Drive | Des Moines, IA 50321 |  |  |
| 4180737 | Mike Sackett, Inc. | 28162 Hwy 57 | Priest River, ID 83856 |  |  |
| 4180738 | Mr. James E. Majeskey II | 8908 Wheat Crest Lane North | Spokane, WA 99217 |  |  |
| 4180739 | Mr. James E. Majeskey II | 8908 Wheat Crest Lane North | Spokane, WA 99217 |  |  |
| 4180740 | Mrs. Tammy Majeskey | 8908 Wheat Crest Lane North | Spokane, WA 99217 |  |  |
| 4180741 | Mrs. Tammy Majeskey | 8908 Wheat Crest Lane North | Spokane, WA 99217 |  |  |
| 4180742 | Musselman Equipment | 16915 Hatwai Bypass | Lewiston, ID 83501 |  |  |
| 4180747 | NRC Environmental Services Inc | 720 N California Ave., Ste E | Pasco, WA 99301 |  |  |
| 4180743 | National Barricade Co. | 6602 E Main Avenue | Spokane Valley, WA 99212–0833 |  |  |
| 4180744 | National Document Solutions | PO Box 7789 | Santa Rosa, CA 95407 |  |  |
| 4180745 | Neff Rental LLC | PO Box 41321 | Los Angeles, CA 90074–1321 |  |  |
| 4180746 | North Idaho Propane | PO Box 2096 | Hayden, ID 83835 |  |  |
| 4180748 | Ohio Casualty Group | PO Box 5001 | Hamilton, OH 45012 |  |  |
| 4180755 | PPI Group | 6015 NE 80th Ave, Ste 400 | Portland, OR 97218 |  |  |
| 4180749 | Panhandle Concrete Products | 6285 N. Pleasant View Road | Post Falls, ID 83854–5207 |  |  |
| 4180750 | Pape Material Handling Exch | P.O.Box 5077 | Portland, OR 97208–5077 |  |  |
| 4180751 | Payne Financial Group, Inc. | 2323 2nd Ave., North | Billings, MT 59107–0638 |  |  |
| 4180752 | Peak Sand Gravel | PO Box 405 | Sandpoint, ID 83864 |  |  |
| 4180753 | Ponderay Shores Water | Sewer District c/o Art Falk | P.O. Box 174 | Chattaroy, WA 99003 |  |
| 4180754 | PowerScreen of Washington | 32613 SR 2 | Sultan, WA 98294 |  |  |
| 4180756 | Prairie Capital Inc. | PO Box 11451 | Spokane, WA 99211–1451 |  |  |
| 4180757 | Precision Material Placement | 2838 E. Bluegrass Lane | Post Falls, ID 83854 |  |  |
| 4180758 | Priest Lake Storage | P.O. Box 425 | Nordman, ID 83848 |  |  |
| 4180759 | Probuild Company, LLC | 3919 W Clearwater Ave | Kennewick, WA 99336 |  |  |
| 4180760 | Quill Corporation | P.O. Box 37600 | Philadelphia, PA 19101–0600 |  |  |
| 4180761 | Qwest Corporation | PO Box 2348 | Seattle, WA 98111–2348 |  |  |
| 4180762 | Ramey Construction Co., Inc. | 5930 N. Freya | Spokane, WA 99217 |  |  |
| 4180763 | Rent–Rite, Inc. | PO Box 11617 | Spokane, WA 99211 |  |  |
| 4180764 | Roger Judy Sudnikovich | Po Box 1171 | Sitka, AK 99835 |  |  |
| 4180765 | Rowand Machinery Co. | PO Box 19099 | Spokane, WA 99219–9099 |  |  |
| 4180766 | Sackett Sackett, LLC | PO Box 425 | Nordman, ID 83848 |  |  |
| 4180767 | Sandpoint Ranger Station | 1602 Ontario Street | Sandpoint, ID 83864 |  |  |
| 4180768 | Schroeder Business Coaching | 16201 E. Indiana Ave. | Suite 3140 | Spokane, WA 99216 |  |
| 4180769 | Shamrock Paving, Inc | P.O. Box 19263 | Spokane, WA 99219–9263 |  |  |
| 4180770 | Spokane County Utilities | Division | 1026 W. Broadway | Spokane, WA 99260–0430 |  |
| 4180771 | Spokane Rock Products Inc. | PO Box 3808 | Spokane, WA 99220–3808 |  |  |
| 4180772 | Spokane Rock Products Inc. | PO Box 3808 | Spokane, WA 99220–3808 |  |  |
| 4180773 | Spokane Rock Products, Inc. | PO Box 3808 | Spokane, WA 99220–3808 |  |  |
| 4180774 | Spokane Rock Products, Inc. | PO Box 3808 | Spokane, WA 99220–3808 |  |  |
| 4180777 | State of Washington | Department of Revenue | PO Box 47464 | Olympia, WA 98504–7464 |  |

| | | | | |
|---|---|---|---|---|
| 4180775 | State of Washington | Dept of Revenue | 1330 N Washington Ste 5600 | Spokane, WA 99201 |
| 4180776 | State of Washington | Dept of Revenue | 2101 4th Ave. Ste. 1400 | Seattle, WA 98121–2300 |
| 4180778 | Stockwell Paint Contractors | 13392 W. Prairie Avenue | Post Falls, ID 83854 | |
| 4180779 | Stoneway Electric Supply | PO Box 4037 | Spokane, WA 99220–0037 | |
| 4180781 | Strata | 280 W. Prairie Ave | Coeur D Alene, ID 83815 | |
| 4180780 | Strata | 8653 West Hackamore Drive | Boise, ID 83709 | |
| 4180782 | Sun Rental Center, Inc. | PO Box 188 | Veradale, WA 99037 | |
| 4180783 | Swank Enterprises | P.O. Box 10007 | Kalispell, MT 59904 | |
| 4180788 | TML Construction, Inc. | PO Box 2970 | Hayden, ID 83835 | |
| 4180784 | Taylor Engineering, Inc. | 106 W. Mission Ave | Spokane, WA 99201–2345 | |
| 4180785 | Terry Gadbaw | P.O. Box 3808 | Spokane, WA 99220–3808 | |
| 4180786 | Terry Gadbaw | P.O. Box 3808 | Spokane, WA 99220–3808 | |
| 4180787 | Timberland Landscaping Inc. | PO Box 11634 | Spokane Valley, WA 99211 | |
| 4180789 | Trackman Inc. | 713 N Cook | Spokane, WA 99202 | |
| 4180790 | Travelers Casualty Surety | 770 Pennsylvania Drive | Suite 110 | Exton, PA 19341 |
| 4180795 | US Bank | 800 Nicollet Mall | Minneapolis, MN 55402–7020 | |
| 4180797 | US Bank National Association | W. 428 Riverside Ste. 700 | Spokane, WA 99201 | |
| 4180796 | US Bank National Association | West 428 Riverside Suite 700 | Spokane, WA 99201 | |
| 4180798 | US EPA | Region 12 | 1200 Sixth Avenue | Seattle, WA 98101 |
| 4180791 | United Crown Pump Drilling | 3125 W Hayden Avenue | Hayden, ID 83835 | |
| 4180792 | United Crown Pump Drilling | 3125 W. Hayden Ave | Hayden, ID 83835 | |
| 4180793 | United Rentals | 450 Glass Lane, Suite C | Modesto, CA 95356 | |
| 4180794 | United Rentals – Pasco | 1901 E Frontier Loop | Pasco, WA 99301–5935 | |
| 4180799 | Verizon Wireless | PO Box 660108 | Dallas, TX 75266–0108 | |
| 4180812 | WWSS Associates, Inc. | dba Big Sky Industries | 9711 W Euclid Road | Spokane, WA 99224 |
| 4180800 | Washington Rigging | 6018 E. Broadway | Spokane Valley, WA 99212 | |
| 4180801 | Washington State DOT | Project Office | 2714 N. Mayfair | Spokane, WA 99207 |
| 4180802 | Wastewater Product Supply | 7409 68th Ave N.E. | Marysville, WA 98270 | |
| 4180803 | Wastewater Product Supply | 7409 68th Ave. N.E. | Marysville, WA 98270 | |
| 4180804 | Welch Comer Assoc., Inc. | 350 E. Kathleen Ave. | Coeur D Alene, ID 83815 | |
| 4180805 | Western States Equipment | PO Box 38 | Boise, ID 83707 | |
| 4180806 | Western Surety Company | 101 S. Phillips Ave | Sioux Falls, SD 57104 | |
| 4180807 | Wilbert Precast, Inc. | 2215 E. Brooklyn | Spokane, WA 99217 | |
| 4180808 | Wipple Consulting Engineers | PO Box 1566 | Veradale, WA 99037 | |
| 4180809 | Wm. Winkler Company | 5516 N. Starr | Newman Lake, WA 99025 | |
| 4180810 | Wolf–Majeskey–Rapp, Inc. | 4005 E. Broadway Ave. | Spokane, WA 99202 | |
| 4180811 | Wood's Crushing Hauling | 933 Woodside Road | Sandpoint, ID 83864 | |

TOTAL: 169